United States District Court
Southern District of Texas
**ENTERED**
August 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JULIO TELLO, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-39 |
| | § § | |
| STATE FARM LLOYDS, | § § | |
| Defendant. | § | |

# ORDER

The Court now considers the stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(a)(ii) provides for dismissal without a court order when the stipulation of dismissal is signed by all parties who have appeared.[2] Here, the stipulation of dismissal was signed by all parties who have appeared.[3] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of August, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.
[2] Fed. R. Civ. P. 41(a)(1)(a)(ii).
[3] Dkt. No. 12, at p. 1.